# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1115.  ALPHA SODA COMPANY, INC., et al. v. ANDREW J. EKONOMOU, RECEIVER FOR MVP INVESTMENT COMPANY.**
**A17A1561.  GEORGE A. PETRAKOPOULOS v. GUS VRANAS.**

This Court has received notice that these cases are related. In A17A1115,  Alpha Soda Company, Inc. and George Petrakopoulos, its owner, have filed a  Suggestion of Bankruptcy with this Court.  As to A17A1561, George Petrakopoulos  is a partner, along with Gus Vranas in MVP Investment Company.  Thus, the cases are related by the bankruptcy of George Petrakopoulos.

While U.S.C. § 362 (a) (1) provides for an automatic stay,[1] the appellate courts in this State are constitutionally required to dispose of every case at the term of court for which it is entered on the court's docket for hearing or at the next term of court. [2] Accordingly, we do not have the power to stay a case in this Court.

Therefore, it is hereby ordered that these cases be REMANDED to the trial court until the stay of proceedings under the Bankruptcy Act is lifted.  At that time, any party may re-institute the appeal by filing a new Notice of Appeal in the trial court within 30 days of the date of the entry of the order in the bankruptcy court lifting the stay.

It is further ordered that the Motion of Appellee Sam Mellas to Dismiss Appeal

---

[1]See *Harkleroad & Hermance, P. C. v. Stinger,* 220 Ga. App. 906, 907 (1) (472 SE2d 308) (1996).

[2]1983 Ga. Const., Art VI, Sec. IX, Para II.

for Lack of Jurisdiction in dismissed as moot.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  08/14/2017*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*